1078

CHARLOTTE M. GORDON, *Appellant*, v. SAFEWAY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-2-09931-3, Richard J. Thorpe, J., entered July 17, 1998. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Kennedy, C.J., and Appelwick, J.

JOHN HILL, ET AL., *Respondents*, v. MATTHEW VEEDER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-2-02024-9, David F. Hulbert and Thomas J. Wynne, JJ., entered November 8, 1996 and March 20, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Ellington, J., concurred in by Agid, A.C.J., and Becker, J.

LEON CAPELOUTO, ET AL., *Appellants*, v. VALLEY FORGE INSURANCE CO., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-02048-4, Brian D. Gain, J., entered August 27, 1998. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Baker, JJ. Now published at 98 Wn. App. 7.

THE STATE OF WASHINGTON, *Respondent*, v. JOSE CRUZ LUCERO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-08165-1, Donald D. Haley, J., entered November 21, 1997. *Reversed* by unpublished opinion per Grosse, J., concurred in by Coleman and Cox, JJ.